AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

Claire's Stores, Inc.

    Plaintiff,

      v.

Apax Partners & Cie Finance, S.A.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6085-CIV-MOORE

TO: (Name and address of defendant)

    Apax Partners & Cie Finance, S.A.
    45 Avenue Kleber
    75116 Paris
    France

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Hilarie Bass, Esq.
    Judd J. Goldberg, Esq.
    Greenberg Traurig, P.A.
    1221 Brickell Avenue
    Miami, Florida 33131

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

_Martha Diaz_
(BY) DEPUTY CLERK

DATE 1/27/00