UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC., )
)
    Plaintiff, )
)
v. )
)
APAX PARTNERS & CIE FINANCE, S.A., )
)
    Defendant. )
_____)

## NOTICE OF FILING RETURN RECEIPT FOR INTERNATIONAL MAIL

Plaintiff, CLAIRE'S STORES, INC., hereby gives notice of filing the attached Return Receipt for International Mail which was signed by the Ministry of Justice of the Republic of France upon receipt of the Request for Service Abroad of Judicial or Extrajudicial Documents pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

Dated: This 25th day of February, 2000.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for Claire's Stores, Inc.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____
HILARIE BASS
Florida Bar No. 334243
JUDD J. GOLDBERG
Florida Bar No. 0115924

00-6085-CV-Kmm

FILED BY
00 FEB 25 PM 2:26
CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

| | Registere | |
|---|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | ☐ Letter | |
| | Insure ☐ (Colis avec valeur déclarée) | |
| | Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire) Ministere de la Justice, Bureau de l'Entraide | |
| | Street and No. (Rue et No.) Judiciaire Internationale D4 13 Place Vendome 75042 | |
| | Place and Country (Localité et pays) Paris, Cedex 01, FRANCE | |
| Completed at destination. (A compléter à destination.) | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur). | Postmark of the offi destination (Timbre bureau de destinati |
| | ☐ The article mentioned above was duly delivered. 2000 Date (L'envoi mentionné ci-dessus a été dûment livré.) | |
| | Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) |

PS Form 2865, October 1992 (Reverse)

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500  FAX 305-579-0717  www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO
SÃO PAULO  FORT LAUDERDALE  WEST PALM BEACH  ORLANDO  TALLAHASSEE  BOCA RATON