UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

CLAIRE'S STORES, INC.,

    Plaintiff,

v.

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.

## MOTION FOR ENLARGMENT OF TIME TO COMPLY WITH S.D.FLA.L.R. 16.1(B) AND 16.1(B)(7)

Plaintiff, CLAIRE'S STORES, INC. ("CLAIRE'S"), pursuant to S.D.Fla.L.R. 7.1.A.1(j), moves for the entry of an Order granting it a forty-five (45) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B) and a fifty-five (55) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B)(7). In support of its motion, CLAIRE'S states as follows:

1.    CLAIRE'S filed its complaint against Defendant, APAX PARTNER & CIE FINANCE, S.A. ("APAX"), on January 18, 2000. APAX is a French company with its principal place of business in Paris, France. Accordingly, on February 7, 2000, CLAIRE'S forwarded to the Ministry of Justice of the Republic of France (the "Ministry of Justice") its Request for Service Abroad of Judicial or Extrajudicial Documents (the "Request") pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (commonly referred to as the "Hague Convention"). Pursuant to the Hague Convention, upon receipt of the Request,

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500  FAX 305-579-0717  www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO
SÃO PAULO  FORT LAUDERDALE  WEST PALM BEACH  ORLANDO  TALLAHASSEE  BOCA RATON

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

the Ministry of Justice is required to serve APAX with copies of the complaint and summons.

2. On January 19, 2000, the Court issued an Order (1) requiring the parties, pursuant to S.D.Fla.L.R. 16.1B, to hold a scheduling conference within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurred first; and (2) requiring the parties, pursuant to S.D.Fla.L.R. 16.1B(7), to file a joint scheduling report within ten (10) days after the scheduling conference. Accordingly, the present deadline for the parties to hold the scheduling conference is Friday, March 17, 2000 and the deadline to file a joint scheduling report is Monday, March 27, 2000.

3. CLAIRE'S, however, has not yet received confirmation from the Ministry of Justice that APAX has been served with copies of the complaint and summons. CLAIRE'S filed with the Court the original Return Receipt for International Mail indicating that the Ministry of Justice had received the Request, shortly after its receipt. CLAIRE'S, however, has received no confirmation from the Ministry of Justice, as required by the terms of the Hague Convention, that service has been perfected upon APAX and, therefore it is affirmatively precluded from taking further action in this matter at this time.

4. CLAIRE'S is therefore requesting a forty-five (45) day enlargement of time within which to hold a scheduling conference with APAX and a fifty-five (55) day

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500  FAX 305-579-0717  www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO
SÃO PAULO  FORT LAUDERDALE  WEST PALM BEACH  ORLANDO  TALLAHASSEE  BOCA RATON

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

enlargement of time within which to file a joint scheduling report with the Court. It is hoped that this time frame will be sufficient to confirm that APAX has been served and had the opportunity to retain counsel.

5. The present motion is brought in good faith and the granting of the enlargements of time requested herein will not prejudice either of the parties or the Court. CLAIRE'S has been unable to contact APAX to determine whether it could report to this Court that APAX had no objection to this motion, as CLAIRE's would not know at this who to contact for that purpose.

Dated: This 17th day of March, 2000.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for CLAIRE'S Stores, Inc.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____
HILARIE BASS
Florida Bar No. 334243
JUDD J. GOLDBERG
Florida Bar No. 0115924

MIAMI3/GOLDBERGJ/187711/40%701!.DOC/3/17/00/22769.011300

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

CLAIRE'S STORES, INC., )
)
    Plaintiff, )
)
v. )
)
APAX PARTNERS & CIE FINANCE, S.A., )
)
    Defendant. )
_____ )

## ORDER ON MOTION FOR ENLARGMENT OF TIME TO COMPLY WITH S.D.FLA.L.R. 16.1(B) AND 16.1(B)(7)

**THIS CAUSE** came before the Court upon the motion of Plaintiff, CLAIRE'S STORES, INC., pursuant to S.D.Fla. Local Rule 7.1.A.1(j), for a forty-five (45) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B) and a fifty-five (55) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B)(7), and the Court, being fully advised in the premises, and having fully considered the arguments on this matter, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's, CLAIRE'S STORES, INC. Motion for Enlargement of Time to Comply with S.D.Fla.L.R. 16.1(B) and 16.1(B)(7) is **GRANTED** as follows:

    1.    Counsel for the parties shall hold a scheduling conference pursuant to S.D.Fla.L.R. 16.1(B) by May 1, 2000.

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

2. Counsel for the parties shall file a joint scheduling report pursuant to S.D.Fla.L.R. 16.1(B)(7) by May 11, 2000. This report shall indicate the proposed month and year for the trial plus the estimated number of trial days required.

3. Upon receipt of a responsive pleading from Defendant, APAX PARTNERS & CIE FINANCE, S.A., counsel for plaintiff is directed to forward to counsel for Defendant a copy of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this _____ day of March, 2000.

> THE HONORABLE K. MICHAEL MOORE
> UNITED STATES DISTRICT JUDGE

cc: Judd J. Goldberg, Esq. (counsel for Plaintiff)

2