UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

CLAIRE'S STORES, INC.,                    )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )
                                          )
APAX PARTNERS & CIE FINANCE, S.A.,        )
                                          )
        Defendant.                        )
_____ )

FILED by _____ D.C.

MAR 2 1 2000

CLARENCE MADDOX
CLER  U.S. DIST. CT.
S. D. OF FLA. MIAMI

## ORDER ON MOTION FOR ENLARGMENT OF TIME TO COMPLY
## WITH S.D.FLA.L.R. 16.1(B) AND 16.1(B)(7)

**THIS CAUSE** came before the Court upon the motion of Plaintiff, CLAIRE'S STORES, INC., pursuant to S.D.Fla. Local Rule 7.1.A.1(j), for a forty-five (45) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B) and a fifty-five (55) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B)(7), and the Court, being fully advised in the premises, and having fully considered the arguments on this matter, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's, CLAIRE'S STORES, INC. Motion for Enlargement of Time to Comply with S.D.Fla.L.R. 16.1(B) and 16.1(B)(7) is **GRANTED** as follows:

1.      Counsel for the parties shall hold a scheduling conference pursuant to S.D.Fla.L.R. 16.1(B) by May 1, 2000.

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

2.      Counsel for the parties shall file a joint scheduling report pursuant to S.D.Fla.L.R. 16.1(B)(7) by May 11, 2000.   This report shall indicate the proposed month and year for the trial plus the estimated number of trial days required.

3.      Upon receipt of a responsive pleading from Defendant, APAX PARTNERS & CIE FINANCE, S.A., counsel for plaintiff is directed to forward to counsel for Defendant a copy of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this _20th_ day of March, 2000.

_____

THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE


cc:    Judd J. Goldberg, Esq. (counsel for Plaintiff)