UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

CLAIRE'S STORES, INC.,

    Plaintiff,

v.

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.

## PLAINTIFF'S SECOND MOTION FOR ENLARGMENT OF TIME TO COMPLY WITH S.D.FLA.L.R. 16.1(B) AND 16.1(B)(7)

Plaintiff, CLAIRE'S STORES, INC. ("CLAIRE'S"), pursuant to S.D.Fla.L.R. 7.1.A.1(j), moves for the entry of an Order granting it a forty-five (45) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B) and a fifty-five (55) day enlargement of time within which to comply with S.D.Fla.L.R. 16.1(B)(7). In support of its motion, CLAIRE'S states as follows:

1. CLAIRE'S filed its complaint against Defendant, APAX PARTNER & CIE FINANCE, S.A. ("APAX"), on January 18, 2000. APAX is a French company with its principal place of business in Paris, France. Accordingly, on February 7, 2000, CLAIRE'S forwarded to the Ministry of Justice of the Republic of France (the "Ministry of Justice") its Request for Service Abroad of Judicial or Extrajudicial Documents (the "Request") pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (commonly referred to as the "Hague Convention"). Pursuant to the Hague Convention, upon receipt of the Request,

1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500  FAX 305-579-0717  www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  McLEAN  CHICAGO  BOSTON  PHOENIX  WILMINGTON
SÃO PAULO  FORT LAUDERDALE  BOCA RATON  WEST PALM BEACH  ORLANDO  TALLAHASSEE

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

the Ministry of Justice is required to serve APAX with copies of the complaint and summons.

2. On March 21, 2000, the Court issued an Order (1) requiring the parties to hold a scheduling conference by May 1, 2000 and to submit a joint scheduling report by May 11, 2000.

3. On or about February 24, 2000, counsel for CLAIRE'S received a Return Receipt for International Mail confirming that the Ministry of Justice received the Request. On February 25, 2000, counsel for Claire's filed the Return Receipt with the Court.

4. CLAIRE's however, has not yet received confirmation from the Ministry of Justice, as required by the terms of the Hague Convention, that service has been perfected upon APAZ. CLAIRE's has attempted to contact the Ministry of Justice by telephone to confirm that APAX has indeed been served. At the time of the filing of this Motion, however, CLAIRE's has not been able to obtain such confirmation.

5. CLAIRE'S is therefore requesting a forty-five (45) day enlargement of time within which to hold a scheduling conference with APAX and a fifty-five (55) day enlargement of time within which to file a joint scheduling report with the Court. It is hoped that this time frame will be sufficient to confirm that APAX has been served and had the opportunity to retain counsel.

2

CASE NO. 00-6085-CIV-MOORE
Magistrate Judge O'Sullivan

6. The present motion is brought in good faith and the granting of the enlargements of time requested herein will not prejudice either of the parties or the Court. CLAIRE'S has been unable to contact APAX to determine whether it could report to this Court that APAX had no objection to this motion, as CLAIRE's would not know at this who to contact for that purpose.

Dated: This 1st day of May, 2000.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for CLAIRE'S Stores, Inc.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____
HILARIE BASS
Florida Bar No. 334243
JUDD J. GOLDBERG
Florida Bar No. 0115924

MIAMI3/GOLDBERGU/190899/43@r01! DOC/5/01/00

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500 FAX 305-579-0717 www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  MCLEAN  CHICAGO  BOSTON  PHOENIX  WILMINGTON
SÃO PAULO  FORT LAUDERDALE  BOCA RATON  WEST PALM BEACH  ORLANDO  TALLAHASSEE