UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLAIRE'S STORES, INC.,

        Plaintiff,

vs.

CASE NO. 00-6085 CIV-MOORE

APAX PARTNERS & CIE FINANCE, S.A.,

        Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apax Partners and Cie Finance, S.A., hereby notifies the Court and all parties of the appearance of Genovese Lichtman Joblove & Battista, P.A. as its counsel of record. Please direct all notices, pleadings, and correspondence to the undersigned as indicated below. The submission of this Notice of Appearance shall not constitute a general appearance subjecting Apax Partners and Cie Finance, S.A. to the jurisdiction of this Court.

GENOVESE LICHTMAN JOBLOVE & BATTISTA, P.A.
Attorneys for Defendant, Apax Partners & Cie Finance, S.A.
Bank of America Tower
100 Southeast Second Street
36th Floor
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: _____
    Charles H. Lichtman, Esq.
    Florida Bar No. 501050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed & mailed this 17th day of May, 2000 to Hilarie Bass, Esq., Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, FL 33131.

By: _____
    Charles H. Lichtman, Esq.

X:\Documents\WX\CHL\New Folder\0noa1