UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLAIRE'S STORES, INC.,

        Plaintiff,

vs.

CASE NO. 00-6085 CIV-MOORE

APAX PARTNERS & CIE FINANCE, S.A.,

        Defendants.
_____/

### STIPULATION

Plaintiff, Claire's Stores, Inc. ("Claire's") and defendant Apax Partners & Cie Finance, S.A. ("Apax"), through their respective undersigned counsel, hereby stipulate as follows:

1. Defendant Apax shall have up and until June 16, 2000 in which to file responsive pleadings to Claire's complaint for declaratory relief.

2. The Court may enter an order approving this stipulation without further notice to the parties.

3. The entry into this stipulation shall not constitute a waiver of any defense to this action, including but not limited to Apax subjecting itself to personal jurisdiction of this Court or that this Court has subject matter jurisdiction over this action.

DATED this 17th day of May, 2000.

| | |
|---|---|
| Greenberg Traurig, P.A. | Genovese Lichtman Joblove & Battista, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1221 Brickell Avenue | Bank of America Tower |
| Miami, FL 33131 | 100 Southeast Second Street |
| Telephone: (305) 579-0745 | 36th Floor |
| | Telephone: (305) 349-2300 |
| By: _____ | By: _____ |
| Hilarie Bass, Esq. | Charles H. Lichtman, Esq. |
| Florida Bar No. 334243 | Florida Bar No. 501050 |

X:\Documents\WX\CHL\New Folder\0stipulation