**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



June 29, 2000

ATTN: Civil Correspondence Clerk
Clerk of the Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:   Our case No.: 00-1268 civil UUB
      Your case No.: 00 - 6085 CA-15

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: *Tammy Blakely*
    Deputy Clerk

Enclosures

---

| □301 N. Miami Avenue | □299 E. Broward Boulevard | □701 Clematis Street | □301 Simonton Street | □300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | (561) 595-9691 |
| (305) 523-5100 | (954) 769-5400 | (561) 803-3400 | (305) 295-8100 | |

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT

June 29, 2000

ATTN: Civil Correspondence Clerk
Clerk of the Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL  33130

RE:    Our case No.:  00-1268 civil UUB
       Your case No.: 00 - 6085 CA 15

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: /s/ Sammy Blakely
    Deputy Clerk

Enclosures

---

**CLERK'S ACKNOWLEDGMENT OF RECEIPT**

of :   Certified copy of order of remand

is hereby acknowledged. This case has been assigned our case number: _____

by: _____, Deputy Clerk

on: _____

---

☐301 N. Miami Avenue    ☐299 E. Broward Boulevard    ☐701 Clematis Street    ☐301 Simonton Street    ☐300 S. Sixth Street
Room 150                 Room 108                      Room 402                 Room 130                 Ft. Pierce, FL 34950
Miami, FL 33128          Ft. Lauderdale, FL 33301      W. Palm Beach, FL 33401  Key West, FL 33040       (561) 595-9691
(305) 523-5100           (954) 769-5400                (561) 803-3400           (305) 295-8100