IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.,

    Plaintiff,

vs.

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.
_____/

**ORDER OF REFERRAL OF PRETRIAL DISCOVERY TO MAGISTRATE**

FILED by _____ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge John J. O'Sullivan to take all necessary and proper action as required by law with respect to any and all **pretrial discovery** matters.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of June, 2000.

**K. MICHAEL MOORE**
_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:

United States Magistrate Judge
    John J. O'Sullivan
Hilarie Bass, Esq.
Charles H. Lichtman, Esq.