FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.,

    Plaintiff,

vs.

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.
_____/



FILED by _____ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE

This case is set for trial commencing the two-week trial period of **February 12, 2001 at 9:00 a.m.** in Courtroom 3, 11th Floor, James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, Florida. All parties are directed to report to the calendar call on **February 8, 2001 at 2:00 p.m.** All matters relating to the scheduled trial date may be brought to the Court's attention at calendar call. A final pretrial conference as provided for by Rule 16, Fed. R. Civ. P., and Rule 16.1(C), S.D. Fla. L.R., is scheduled for **January 29, 2001 at 9:00 a.m.** A bilateral pretrial stipulation shall be prepared pursuant to Rule 16.1(E), S.D. Fla. L.R., and filed in duplicate, with an additional copy delivered to the undersigned's chambers, <u>no later than five (5) calendar days prior to the pretrial conference</u>. The parties are directed to comply with the pretrial deadlines set forth in Rule 16.1., S.D. Fla. L.R. All discovery shall be completed sixty (60) calendar days prior to the date of trial. The failure to engage in discovery pending settlement negotiations shall not be grounds for continuance of the trial date. Motions to add parties must be filed no later than ninety (90) calendar

days prior to the scheduled trial date. All other pretrial motions must be filed no later than sixty (60) calendar days prior to the scheduled trial date, except motions in limine which shall be filed <u>no later than five (5) calendar days prior to the pretrial conference</u>. A motion for a continuance will not be considered unless it is filed twenty (20) calendar days prior to the scheduled trial date and complies with Rule 7.6., S.D. Fla. L.R.

**Notice to counsel**: All exhibits must be pre-marked, and a typewritten exhibit list setting forth the number and description of each exhibit must be submitted at the time of trial. For a jury trial, counsel shall prepare and submit proposed jury instructions to the Court. For non-jury trials, the parties shall prepare and submit to the Court a carefully prepared set of proposed findings of fact and conclusions of law fully supported by the evidence which counsel expects the trial to develop and <u>fully supported by citations to law</u>. The proposed jury instructions or the proposed findings of fact and conclusions of law shall be submitted to the Court no later than three days prior to the scheduled trial date. If drafted using a computer, a copy of the proposed jury instructions or proposed findings of fact and conclusions of law shall be submitted to the Court on a computer diskette.

Plaintiff's counsel shall notify any attorneys not listed below of this notice of trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of June, 2000.

K. MICHAEL MOORE

---
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:

Hilarie Bass, Esq.
Charles H. Lichtman, Esq.