UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.

   Plaintiff,

v.

APAX PARTNERS & CIE FINANCE, S.A.

   Defendant.

## PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIM

Plaintiff CLAIRE'S STORES, INC. ("Claire's"), by and through its undersigned counsel, hereby answers the counterclaim of APAX PARTNERS & CIE FINANCE, S.A., ("Apax") and states as follows:

1. Claire's admits the allegations in Paragraph 1 of the Counterclaim.

2. Claire's admits the allegations in Paragraph 2 of the Counterclaim.

3. Claire's admits the allegations in Paragraph 3 of the Counterclaim.

4. Claire's admits the allegations in Paragraph 4 of the Counterclaim.

5. Claire's is without knowledge or information sufficient to form a belief as to the truth of all allegations in Paragraph 5 of the Complaint, and accordingly denies same.

6. Claire's denies all allegations in Paragraph 6 of the Counterclaim.

7. Claire's admits the allegations in Paragraph 7 of the Counterclaim.

8. Claire's states that the terms of the Mandate speak for themselves and denies all allegations in Paragraph 8 of the Complaint that are inconsistent with the terms of the Mandate.

CASE NO. 00-6085 CIV-MOORE

9. Claire's admits the allegations in Paragraph 9 of the Counterclaim.

10. Claire's denies all allegations in Paragraph 10 of the Counterclaim.

11. (a) Claire's denies all allegations in Paragraph 11(a) of the Counterclaim.

   (b) Claire's denies all allegations in Paragraph 11(b) of the Counterclaim.

   (c) Claire's denies all allegations in Paragraph 11(c) of the Counterclaim.

12. Claire's denies all allegations in Paragraph 12 of the Counterclaim.

13. Claire's denies all allegations in Paragraph 13 of the Counterclaim.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Apax's counterclaim is barred because of its prior breach of contract. Upon learning that the majority of Cleopatre's shareholders had rejected Claire's purchase offer, Apax, without Claire's authority or knowledge, contacted the minority of Cleopatre's shareholders so that they would exert pressure on the majority of Cleopatre's shareholders to accept the purchase offer. Upon learning of Apax's actions, the majority shareholders called off all negotiations with Claire's. Apax's actions were in violation of the Technical Assistance Advisory Mandate and constitute a breach of contract.

### Second Affirmative Defense

Apax's counterclaim is barred by the doctrine of unclean hands.

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500 FAX 305-579-0717 www.gtlaw.com
MIAMI NEW YORK WASHINGTON, D.C. ATLANTA PHILADELPHIA TYSONS CORNER CHICAGO
SÃO PAULO FORT LAUDERDALE WEST PALM BEACH ORLANDO TALLAHASSEE BOCA RATON

ASE NO. 00-6085 CIV-MOORE

WHEREFORE, plaintiff CLAIRE'S STORES, INC., denies that APAX PARTNERS & CIE FINANCE, S.A., is entitled to the relief requested, or any other relief, and respectfully requests that this Court enter judgment in Claire's favor and against Apax, and award any and all such further relief to Claire's as this Court deems just and proper.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for Defendant
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: _____ for
HILARIE BASS
Florida Bar No. 334243

CASE NO. 00-6085 CIV-MOORE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by Facsimile and U.S. Mail upon CHARLES H. LICHTMAN, ESQ. of Genovese Lichtman Joblove & Battista, 100 Southeast Second Street, 36th Floor, Miami, Florida 33131, this 7th day of July, 2000.

By: _____
HILARIE BASS

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500   FAX 305-579-0717   www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO
SÃO PAULO  FORT LAUDERDALE  WEST PALM BEACH  ORLANDO  TALLAHASSEE  BOCA RATON