UNITED STATES DISTRICT COURT`
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO.  00-6085 CIV-MOORE

CLAIRE'S STORES, INC.

     Plaintiff,

vs.

APAX PARTNERS & CIE FINANCE, S.A.,

     Defendant.

_____/

### APAX PARTNER AND CIE FINANCE'S RESPONSE TO AFFIRMATIVE DEFENSES TO COUNTERCLAIM

     Apax Partners & CIE Finance, S.A. ("Apax") through its undersigned counsel responds to the affirmative defenses filed by Claire's Stores, Inc. to the Apax Counterclaim and states:

     1.    Apax denies each and every allegation of the affirmative defenses and therefore demands strict proof thereof.

                    GENOVESE  LICHTMAN JOBLOVE & BATTISTA, P.A.
                    Attorneys for Defendant
                    Bank of America Tower
                    100 Southeast 2nd Street, 36th floor
                    Miami, Florida 33131
                    Telephone: (305) 349-2300
                    Facsimile:  (305) 349-23310

     By:_____
                    Charles H. Lichtman, Esq.
                    Florida Bar No.  501050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 12 day of July, 2000 to Hilarie Bass, Esquire, Greenberg Traurig, P.A, 1221 Brickell Avenue, Miami, Florida 33131.

By: _____
Charles H. Lichtman, Esq.

X:\Documents\WX\A\APAX\pleadings\0affdef.response

GENOVESE LICHTMAN JOBLOVE & BATTISTA, P.A.
BANK OF AMERICA TOWER, 100 SOUTHEAST 2ND STREET, 36TH FLOOR, MIAMI, FLORIDA 33131, TELEPHONE (305) 349-2300