UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED ___ X ___ D.C.
00 JUL 14 PM 3:27
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6085 CIV-MOORE

CLAIRE'S STORES, INC., )
 )
      Plaintiff, )
 )
v. )
 )
APAX PARTNERS & CIE FINANCE, S.A., )
 )
      Defendant. )
 )
 )
 )
 )

## NOTICE OF MEDIATOR

Plaintiff, CLAIRE'S STORES, INC., hereby notifies the Court that all parties to the above-captioned case have agreed to the selection of either Gerald Wetherington, Esq. or Leonard Rivkind, Esq. as the mediator for this case. Final selection is to be made depending upon availability.

Respectfully submitted,

GREENBERG, TRAURIG, P.A.
Attorneys for Non-Party, NOA
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

_____
HILARIE BASS

GREENBERG TRAURIG, P.A.
1221 Brickell Avenue, Miami, Florida 33131
305-579-0500  Fax 305-579-0717  www.gtlaw.com
MIAMI NEW YORK WASHINGTON, D.C. ATLANTA PHILADELPHIA TYSONS CORNER SÃO PAULO

CASE NO. 00-6085 CIV-MOORE

Florida Bar No. 334243

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by Facsimile and U.S. Mail this 14th day of July, 2000 to Charles H. Lichtman, Esq. of Genovese Lichtman Joblove & Battista, P.A., 100 Southeast Second Street, 36th Floor, Miami, FL 33131.

_____
HILARIE BASS

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE MIAMI, FLORIDA 33131
305-579-0500  FAX 305-579-0717  www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  SÃO PAULO