UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085 CIV-MOORE

CLAIRE'S STORES, INC.

    Plaintiff,

vs.

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.

_____/

## JOINT MOTION FOR AMENDMENT OF PRETRIAL ORDER

Plaintiff Claire's Stores, Inc. and defendant Apax Partners & CIE Finance, S.A. hereby moves the Court for reconsideration and amendment of its Pretrial Order entered in this cause and states:

1. Pursuant to the requirements of Local Rule 16.1 the parties in this cause timely met, reached reasonable agreements on the timing of and deadlines for discovery and prepared and submitted to this Court the appropriate Joint Proposed Scheduling Order. This Court's Order Setting Pretrial Conference and Trial Date set deadlines far earlier than provided in the Local Rule 16 joint submission. The parties jointly requested a discovery deadline of June 1, 2001 and the Court assigned a deadline of November 1, 2000.

2. To be sure, the deadlines jointly agreed upon as stated therein were based upon the attorneys' respective reasonable expectations of deadlines that could be met based upon numerous factors including their pending discovery and trial schedules in other matters. Further, critically, the exchange of discovery in this cause is almost guaranteed to necessitate that the majority of the depositions will be taken in France, including those of non-parties whose attendance at a deposition can only be compelled by the extraterritorial procedures of the Hague Convention, which is an expensive and time consuming process.

3. The parties respectfully submit that the deadlines stated in the Joint Proposed Scheduling Order were not selected for purposes of delay, but based upon the parties' reasonable

expectations of establishing a schedule that could be met without having to come back to the Court at some later date to move for an extension of time or continuance. Notably, as evidence of the defendant's intention to move this case along, for instance, defendant simply answered the complaint so as to get right to the issue of the case, rather than hypothetically filing a Motion to Dismiss contesting personal jurisdiction since the defendant is a French corporation, or raising other technical arguments that might have been briefed.

WHEREFORE, based upon the foregoing, plaintiff and defendant respectfully request that the Court amend its Order Setting Pretrial Conference and Trial Date to follow June 1, 2001 discovery cut off date and other related jointly dates selected by the parties.

DATED this 14th day of July, 2000.

By:_____
Hilarie Bass, Esq.
Florida Bar No. 334243
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
Telephone: (305) 579-0500

By:_____
Charles H. Lichtman, Esq.
Florida Bar No. 501050
Genovese Lichtman Joblove & Battista, P.A.
100 Southeast Second Street, 36th Floor
Miami, FL 33131
Telephone: (305) 349-2300

X:\Documents\WX\A\APAX\pleadings\0joint.motion

expectations of establishing a schedule that could be met without having to come back to the Court at some later date to move for an extension of time or continuance. Notably, as evidence of the defendant's intention to move this case along, for instance, defendant simply answered the complaint so as to get right to the issue of the case, rather than hypothetically filing a Motion to Dismiss contesting personal jurisdiction since the defendant is a French corporation, or raising other technical arguments that might have been briefed.

WHEREFORE, based upon the foregoing, plaintiff and defendant respectfully request that the Court amend its Order Setting Pretrial Conference and Trial Date to follow June 1, 2001 discovery cut off date and other related jointly dates selected by the parties.

DATED this ___ day of July, 2000.

By: /s/ Hilarie Bass
Hilarie Bass, Esq.
Florida Bar No. 334243
Greenberg Traurig
1221 Brickell Avenue
Miami, FL 33131
Telephone: (305) 579-0500

By: _____
Charles H. Lichtman, Esq.
Florida Bar No. 501050
Genovese Lichtman Joblove & Battista, P.A.
100 Southeast Second Street, 36th Floor
Miami, FL 33131
Telephone: (305) 349-2300

X:\Documents\WX\A\APAX\pleadings\0joint.motion