UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.,

    Plaintiff,

vs.                                   **ORDER**

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.

_____/

    THIS CAUSE came before the Court upon the parties' Joint Motion for Amendment of Pretrial Order (DE # 19).

    UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that for good cause shown, the parties' Motion for Amendment of Pretrial Order is GRANTED. This case is reset for trial commencing the two-week period of **July 16, 2001**. The pretrial conference has been rescheduled for **July 2, 2001** at 9:00 a.m. In conformance with the original notice of trial, the pretrial stipulation and all other pretrial preparations shall be completed **NO LATER THAN FIVE DAYS PRIOR TO THE PRETRIAL CONFERENCE.** Any and all pretrial motions, including motions for summary judgment, must be filed no later than sixty (60) days prior to trial date. All discovery shall be completed thirty (30) days prior to the pretrial conference. Mediation shall be completed no later than sixty (60) days before the scheduled trial date. The failure to engage in discovery pending settlement negotiations shall not be grounds for continuance of the trial date. All other matters relating to the scheduled trial shall be brought to the attention of the Court at Calendar Call on Thursday, **July 12, 2001** at 2:00 p.m. in Courtroom Three, Eleventh Floor, James Lawrence King Federal Justice Building at 99 N.E. 4th Street, Miami, Florida.

    All exhibits must be pre-marked and a typewritten exhibit list setting forth the numbers and description of each exhibit must be submitted at the time of trial. For jury trial, counsel shall

prepare and submit to the Court proposed jury instructions on paper and on computer disk (if drafted using a computer). For non-jury trial, the parties shall prepare and submit to the Court a carefully prepared set of Proposed Findings of Fact and Conclusions of Law fully supported by the evidence which counsel expects the trial to develop, and fully supported by citations to law. The proposed jury instructions or the proposed findings of fact and conclusions of law shall be submitted to the Court no later than three days prior to the scheduled trial date.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of August, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
Hilarie Bass, Esq.
Charles H. Lichtman, Esq.