UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE

| | |
|---|---|
| CLAIRE'S STORES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APAX PARTNERS & CIE FINANCE, S.A., )<br>)<br>Defendant. )<br>_____/ | JOINT MOTION TO CONTINUE<br>DISCOVERY CUT-OFF, PRETRIAL<br>MOTION DEADLINE,<br>AND TRIAL |

Plaintiff, CLAIRE'S STORES, INC., and Defendant, APAX PARTNERS & CIE FINANCE, S.A., in accordance with the Court's May 8, 2000, Order and Local Rule 16.1(B)(7), Local Rules for the Southern District of Florida, hereby moves this Court for an order (1) continuing the trial ninety (90) days; (2) granting the parties a ninety (90) day extension of time within which to complete discovery; and (3) granting the parties a ninety (90) day extension of time within which to submit pretrial motions. As grounds for this motion, the parties state as follows:

1.  Pursuant to the Court's August 7, 2000, Order on the parties' Joint Motion for Amendment of Pretrial Order, this case is set for trial commencing the two-week period of July 16, 2001, with a pretrial conference scheduled for July 2, 2001. According to the August 7 Order, discovery is to be completed by June 2, 2001, and pretrial motions are to be filed by May 2, 2001.

CASE NO. 00-6085-CIV-MOORE

2. At this time, Plaintiff and Defendant have completed their paper discovery through the exchange of documents responsive to propounded production requests.

3. The parties are currently dealing with the issue of depositions. Of the eleven individuals expected to be deposed in this case, only one resides in the United States. The remainder are located in France, Switzerland, and the United Kingdom. Counsel for both parties have been working diligently to schedule a one-week time period during which all witnesses can be deposed. However, due the travel involved and the desire to depose everyone in one trip, both parties have had some difficulty in finding both a mutually agreeable time period, and a period during which all or most of the deponents are also available.

4. The parties have endeavored to secure the appearance of all overseas witnesses on a voluntary basis, so as to avoid the difficulty and expense involved with service of process in foreign countries. At this time, it appears that all but one witness will appear voluntarily.

5. The parties now anticipate deposing the bulk of the witnesses during the week of April 16, 2001. However, according to the Court's August 7, 2000 Order, that places the parties very close to the discovery cutoff, which is currently set for June 2, 2001. Further, it is now known that at least one witness is unavailable during the week in question. It now appears that the depositions may have to be postponed at least thirty (30) more days.

6. It is possible and even likely that a second overseas trip may be required to depose the remainder of the witnesses, which again raises concerns about the currently-scheduled discovery cutoff.

7. The parties therefore request that the deadlines for discovery and pretrial motions, along with the trial date, be continued for ninety (90) days to allow for the completion of the critical overseas depositions.

CASE NO. 00-6085-CIV-MOORE

be sure, the parties brought this joint motion at an early date, rather than waiting until near the end of pre-trial deadlines, so that the court could be fully appraised of our efforts.

WHEREFORE, Plaintiff Claire's Stores, Inc., and Defendant Apax Partners & CIE Finance, S.A., respectfully request that this Court continue the discovery cutoff, pretrial motion deadline, and trial date for a period of ninety (90) days from the dates currently set for this case.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for Defendant
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

HILARIE BASS
Florida Bar No. 334243
BARRY ROTHBERG
Florida Bar No. 0160873

GENOVESE LICHTMAN JOBLOVE &
BATTISTA, P.A.
Attorneys for Defendant
100 Southeast Second Street, 36th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Fax: (305) 349-2310

CHARLES H. LICHTMAN
Florida Bar No. 501050
JESSICA SERELL ERENBAUM
Florida Bar No. 816000