UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.
    Plaintiff,

vs.   **ORDER**

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.
_____/



FILED by ___ D.C.
MAR 12 2001

THIS CAUSE came before the Court upon the parties Joint Motion to Continue Trial and related deadlines (filed February 23, 2001). Trial is scheduled for the two-week period beginning July 16, 2001. The parties represent that they have completed their paper discovery and that eleven witnesses must scheduled for deposition, primarily outside of the United States. The parties have arranged for all but one of the witnesses to be deposed during the week of April 16, 2001. The parties previously requested a discovery cut-off date of June 1, 2001, and represented that if the Court were to accept such date, they would not ask for additional time. The discovery period was accordingly scheduled to close on June 2, 2001.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March, 2001.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
Hilarie Bass, Esq., Charles H. Lichtman, Esq.
Barry Rothberg, Esq., Jessica Serell Erenbaum, Esq.