UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085 CIV-MOORE

CLAIRE'S STORES, INC.

    Plaintiff,

vs.

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.
_____/

## MOTION OF GENOVESE LICHTMAN JOBLOVE & BATTISTA TO WITHDRAW AS ATTORNEYS FOR APAX

The law firm of Genovese Lichtman Joblove & Battista ("Law Firm"), pursuant to Local Rule 11.1(D)(3), respectfully requests that this Court enter an order permitting it to withdraw as attorneys for defendant Apax Partners & Cie Finance, S.A. ("Apax") and states:

1. Since the time Law Firm appeared in this case, irreconcilable differences have arisen between the Law Firm and Apax which has rendered continued representation of Apax by Law Firm impossible. These irreconcilable differences include, but are not limited to, non payment of legal fees and costs, and failure to communicate with counsel on various matters pertaining to this litigation.

2. Although the parties were attempting to schedule depositions of witnesses in Europe, the deposition dates and times have not been finalized and no notices of deposition have been filed. Moreover, it would cause the undersigned counsel extreme undue hardship if this motion is not granted, inasmuch as the critical witnesses are in Europe and the undersigned can not attend depositions overseas when the Law Firm is not being paid.

3. All interested parties, including Apax and opposing counsel, have been provided with notice of this motion.

4. There is enough time for Apax to obtain substitute counsel.



5. All further pleadings, motions and correspondence may be served to Apax Partners & Cie Finance, S.A., c/o Alain Malloit, Darrois Villey Maillot Brochier, 69 Avenue Victor Hugo, 75783 Paris, Cedex 16 (Telefax number-- 011-331-45-01-91-68).

WHEREFORE, Genovese Lichtman Joblove & Battista respectfully requests that this Court enter the attached proposed order granting its motion to withdraw as attorneys for defendant Apax.

GENOVESE LICHTMAN JOBLOVE & BATTISTA
Attorneys for Defendant
Bank of America Tower
100 Southeast 2nd Street, 36th floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-23310

By: _____
Charles H. Lichtman, Esq.
Florida Bar No. 501050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. mail this 19th day of March, 2001 to: Hilarie Bass, Esquire, Greenberg Traurig, P.A, 1221 Brickell Avenue, Miami, Florida 33131 and Allain Malloit, Darrois Villey Maillot Brochier, 69 Avenue Victor Hugo, 75783 Paris, Cedex 16.

By: _____
Charles H. Lichtman

X:\Documents\WX\A\APAX\pleadings\1 motion to withdraw