UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE

FILED BY _____ JC _____ D.C.

01 MAR 21 PM 12:10

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CLAIRE'S STORES, INC., )
)
    Plaintiff, )
)
v. ) RESPONSE AND OBJECTION TO
) MOTION OF GENOVESE LICHTMAN
APAX PARTNERS & CIE FINANCE, S.A., ) JOBLOVE & BATTISTA TO
) WITHDRAW AS ATTORNEYS FOR
    Defendant. ) **APAX**
_____/

    Plaintiff, CLAIRE'S STORES, INC. ("Claire's"), pursuant to Local Rule 11.1(D)(3), hereby submits its Response and Objection to the Motion of Genovese Lichtman Joblove & Battista, P.A. ("Genovese Joblove") to Withdraw as Attorneys for Apax Partners & Cie Finance, S.A. ("Apax"), and states as follows:

    1.    During the week of March 5, 2001, counsel for Apax indicated in a telephone call to counsel for Claire's that Genovese Joblove might be withdrawing as counsel for Apax.

    2.    During that telephone conference, counsel for Apax inquired whether Claire's would have any objection to such withdrawal.

    3.    Counsel for Claire's stated that they would have no objection so long as substitute counsel could be found in time to go ahead with depositions scheduled for the week of April 16, 2001.

    4.    While it is true that no notices of deposition have been filed, Claire's has made great effort, with the agreement of Genovese Joblove, to secure the voluntary assent of key witnesses to appear for deposition during the week of April 16, 2001, in Paris, France. Counsel

CASE NO. 00-6085-CIV-MOORE

for the parties had been working to coordinate the depositions of some eight individuals (several of whom do not speak English), residing in France, Switzerland, and the United Kingdom. A letter demonstrating that both parties were working on securing all individuals for the week of April 16 is attached as "Exhibit A."

5. In an effort to confirm the April dates with opposing counsel, and out of concern for pending pre-trial deadlines, several calls were made by Plaintiff's counsel to Genovese Joblove during the past two weeks to determine whether a motion to withdraw would actually be filed. Counsel for Apax indicated via telephone during the week of March 12 that a decision was still pending.

6. Genovese Joblove waited until March 19, 2001, to file its Motion to Withdraw. The motion comes less than thirty (30) days from the date on which Claire's intended to commence the Paris depositions.

7. Claire's believes that if Genovese Joblove is permitted to withdraw, it will be impossible to secure new counsel in time to preserve the April deposition dates. It is extremely difficult to coordinate counsel, witnesses, facilities, and court reporters to conduct depositions in a foreign country. Matters are further complicated by the fact that the parties cannot simply notice the depositions; each witness must appear voluntarily. Most importantly, however, the undersigned counsel has held this week free on her calendar since February, when counsel for both parties agreed to take as many of the depositions as possible during this one week. The undersigned does not have another week during which she can travel to Europe to take these depositions between now and the deposition cutoff of June 2, 2001.

8. Trial is currently set for the two-week period beginning July 16, 2001, with a discovery cutoff date of June 2, 2001. The Court just denied the parties' joint motion to extend

CASE NO. 00-6085-CIV-MOORE

the discovery cutoff to facilitate a second possible trip to Europe to complete discovery. If the April depositions do not go forward, it will be impossible to secure new dates amenable to Plaintiff's counsel, Defendant's counsel, and the deponents in time for the discovery cutoff.

9. Pursuant to Local Rule 11.1(D)(3), leave of the Court is required before Genovese Joblove may withdraw. This case will be decided by the testimony of the witnesses. If Claire's is unable to conduct the Paris depositions prior to the discovery cutoff, it will be severely prejudiced both in the pursuit of its claims and in its defense against Apax's counterclaim.

10. In the alternative, if the Court sees fit to grant Genovese Joblove's motion, Claire's respectfully requests one of the following remedies: that Genovese Joblove not be allowed to withdraw until after the April depositions have taken place, that new counsel be required to honor the April deposition dates, that all pretrial deadlines and the trial date be continued for at least four months, or that the court dismiss Apax's counterclaim.

WHEREFORE, Plaintiff Claire's Stores, Inc., respectfully requests that this Court deny Genovese Joblove's Motion to Withdraw as Attorneys for Apax, or, in the alternative, either (1) require Genovese Joblove to participate in the April depositions prior to withdrawal, (2) require new counsel to go forward with the April depositions, (3) continue all pretrial deadlines and the trial date for at least four months, or (4) dismiss Apax's counterclaim.

GREENBERG TRAURIG, P.A.
1221 BRICKELL AVENUE, MIAMI, FLORIDA 33131
305-579-0500  FAX 305-579-0717  www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  SÃO PAULO
FORT LAUDERDALE  WEST PALM BEACH  ORLANDO  TALLAHASSEE  BOCA RATON

CASE NO. 00-6085-CIV-MOORE

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for Defendant
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Fax: (305) 579-0717

_____
HILARIE BASS
Florida Bar No. 334243
BARRY ROTHBERG
Florida Bar No. 0160873

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by Facsimile and U.S. Mail this _21_ day of March, 2001 to **Charles H. Lichtman, Esq.** of Genovese Lichtman Joblove & Battista, P.A., 100 Southeast Second Street, 36th Floor, Miami, FL 33131.

_____
BARRY ROTHBERG

# GENOVESE LICHTMAN JOBLOVE & BATTISTA
### P.A.
*Attorneys at Law*

In Association With
Coston & Lichtman

Jessica Serell Erenbaum
Telephone: 305.349.2315
e-mail: jerenbaum@gljb.com

February 12, 2001

**Via Fax and Mail**
Barry L. Rothberg, Esq.
Greenberg Traurig
1221 Brickell Avenue
Miami, FL  33131

Re:  Claire's Stores, Inc. v. Apax Partners & CIE Finance, S.A.

Dear Barry:

I have been advised that April 16th is Easter Day in France so it is unlikely that any depositions will proceed on that day. Mr. Mollof is available to testify during the week of April 16th, although not on April 16th. Mr. Kinas is unwilling to appear voluntarily.

Please advise me as to your progress with the scheduling of the depositions when you get a chance. Additionally, we would also like to depose Mr. Schaeffer. Please find out his availability as well. Thank you.

Very truly yours,

Jessica Serell Erenbaum

JSE/so

X:\Documents\WX\A\APAX\letters\1rothberg.001.wpd

Bank of America Tower • 100 Southeast Second Street, 36th Floor • Miami, Florida 33131 • Telephone: 305.349.2300 • Facsimile 305.349.2310