UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.
    Plaintiff,

vs.

**CONDITIONAL ORDER
OF WITHDRAWL**

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.
_____/

THIS CAUSE came before the Court upon the motion of Genovese Lichtman Joblove & Battista to withdraw as counsel for Defendant Apax Partners & Cie Finanace, S.A. (filed March 19, 2001). The discovery period is scheduled to close in approximately two months, and the parties recently represented to the Court that they had scheduled the depositions of ten witnesses, outside of the United States, during the week of April 16, 2001. Additionally, the Defendant is a corporate entity unable to appear before the Court *pro se*.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the said motion to withdraw is hereby GRANTED; effective, however, only upon notice of appearance being filed by substitute counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of March, 2001.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
Hilarie Bass, Esq.    Charles H. Lichtman, Esq.
Barry Rothberg, Esq.  Jessica Serell Erenbaum, Esq.
Allain Malloit

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.