UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.

    Plaintiff,

vs.

APAX PARTNERS & CIE FINANCE, S.A.,

    Defendant.
_____/

## CLAIM OF CHARGING LIEN AGAINST DEFENDANT
## APAX PARTNERS & CIE FINANCE, S.A.

The law firm of Genovese Lichtman Joblove & Battista, 100 Southeast Second Street, 36th floor, Miami, Florida 33131, respectfully files this Claim for Charging Lien against Defendant Apax Partners & Cie Finance, S.A. for services rendered and costs and money expended on its behalf in this cause. All parties are hereby placed on notice of this claim of lien. The amount of lien is $10,855.05, plus interest at the legal rate per annum from the date hereof. All parties are hereby placed on notice that the Law Firm claims a lien upon all sums collected by or paid to Apax upon resolution of the subject matter of the cause of action herein and/or judgment entered herein, whether such payment or collection is voluntary, involuntary, by settlement, or otherwise.

                              GENOVESE LICHTMAN JOBLOVE & BATTISTA
                              Attorneys for Defendant
                              Bank of America Tower
                              100 Southeast 2nd Street, 36th floor
                              Miami, Florida 33131
                              Telephone: (305) 349-2300
                              Facsimile: (305) 349-23310

          By: _____
                Charles H. Lichtman, Esq.
                Florida Bar No. 501050

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 19th day of March, 2001 to: Hilarie Bass, Esquire, Greenberg Traurig, P.A, 1221 Brickell Avenue, Miami, Florida 33131 and Apax Partners & Cie Finance, S.A. c/o Allain Malloit, Darrois Villey Maillot Brochier, 69 Avenue Victor Hugo, 75783 Paris, Cedex 16.

By: _____
Charles H. Lichtman

X:\Documents\W.X\A\APAX\pleadings\1CLAIM OF CHARGING LIEN