UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6085-CIV-MOORE/O'SULLIVAN

CLAIRE'S STORES, INC.,

        Plaintiff,

v.

APAX PARTNERS & CIE
FINANCE, S.A.,

        Defendant.
_____/



FILED by ___ D.C.
MAG. SEC.

MAY 15 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

## ORDER

THIS MATTER is before the Court on the plaintiff's Motion for Status Conference (DE# 29, 4/24/01).

**PLEASE TAKE NOTICE** that this matter has been set for hearing on May 21, 2001 at 4:00 p.m. before United States Magistrate Judge John J. O'Sullivan at the United States District Court, 300 N.E. First Avenue, Miami, Florida, South Court Room, Second Floor.

DONE and ORDERED, in chambers, in Miami, Florida, this 15 day of May, 2001.

                _____
                JOHN J. O'SULLIVAN
                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Moore

Hilarie Bass, Esq.
Fax no. (305) 579-0717

Charles H. Lichtman, Esq.
Fax no. (305) 349-2310