UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE _Sullivan_        CIVIL CALENDAR

COURTROOM _South_

CASE NO: _00-6085-Moore_   DATE _5/21/01_   TIME _1:10_   END _1:25_

STYLE: _Claire Jones vs. Apax Partners_

ATTORNEY(S)/PLTF: _Delanie Ross_

ATTORNEY(S)/DEFT: _Charles Hogan_

PROCEEDING: _Status Conference_
_Defense counsel advised Ct._
_of disputes - as far as discovery_
_Defense counsel's motion to_
_withdraw is moot._
_Discovery to be completed by_
_7/2/01_

TAPE NO: _01A-52-123_

ECR CLERK: _____   CT. REPORTER: _____

MAGISTRATE CLERK: _J. May_

31
TK