UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6085-CIV-MOORE/O'SULLIVAN

CLAIRE'S STORES, INC.,

       Plaintiff,

v.

APAX PARTNERS & CIE
FINANCE, S.A.,

       Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.
MAY 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

## ORDER

THIS MATTER is before the Court pursuant to the Status Conference on May 21, 2001. The court having been advised that the law firm of Genover Lichtman et al. is withdrawing their Motion to Withdraw as Attorneys for APAX (DE# 23) and that the defendant has agreed to provide their client for deposition, it is hereby

ORDERED AND ADJUDGED, that the Motion to Withdraw as Attorneys for APAX (DE# 23) and the Motion to Compel Appearance of Witness at Deposition (DE#28) are Denied as Moot. The parties' *ore tenus* Motion for a 90 day continuance for discovery is DENIED. Discovery in this matter shall be completed on or before June 29, 2001. All pretrial filings shall be hand delivered to the chambers of District Judge K. Michael Moore on or before July 2, 2001 at 8:30 a.m.

DONE and ORDERED, in chambers, in Miami, Florida, this 22 day of May, 2001.

                                                _____
                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Moore

Hilarie Bass, Esq.
Fax no. (305) 579-0717

Charles H. Lichtman, Esq.
Fax no. (305) 349-2310