# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
Case No. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.
     Plaintiff,

vs.                  **ORDER**

APAX PARTNERS & CIE FINANCE, S.A.,

     Defendant.
_____/

FILED by _____ D.C.

JUN - 8 2001

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon the parties Joint Motion to Continue Trial and related deadlines (filed June 1, 2001). The joint motion is GRANTED in part. This case is reset for trial commencing the two-week period of **August 13, 2001**. In conformance with the original notice of trial, the pretrial stipulation and all other pretrial preparations shall be completed no later than five days prior to the pretrial conference on **July 30, 2001**, at 9:00 a.m. in Courtroom Three, Eleventh Floor, James Lawrence King Federal Justice Building at 99 N.E. 4th Street, Miami, Florida. Mediation shall be completed by **June 29th**. All discovery shall be completed by **July 16th**. All pretrial motions, including motions for summary judgment, shall be filed by **June 29th**. The failure to engage in discovery shall not be grounds for continuance of the trial date. All other matters relating to the scheduled trial shall be brought to the attention of the Court at Calendar Call on **August 9, 2001** at 2:00 p.m.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June, 2001.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
Hilarie Bass, Esq.,
Charles H. Lichtman, Esq.

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.