UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085-CIV-MOORE

CLAIRE'S STORES, INC.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff/Counterdefendant,　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
APAX PARTNERS & CIE FINANCE, S.A., )
　　　　　　　　　　　　　　　　　　　)
　　　Defendant/Counterplaintiff.　　　　)
_____/



## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counterdefendant CLAIRE'S STORES, INC., and Defendant/Counterplaintiff, APAX PARTNERS & CIE FINANCE, S.A., hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

Greenberg Traurig, P.A　　　　　　　　　　Genovese Lichtman Joblove and Batista, P.A.
Attorneys for Claire's　　　　　　　　　　　Attorneys for Apax
1221 Brickell Avenue　　　　　　　　　　　Bank of America Tower, 36th Floor
Miami, Florida 33131　　　　　　　　　　　100 S.E. 2nd Street
Telephone: (305) 579-0500　　　　　　　　Miami, Florida 33131
Facsimile: (305) 579-0717　　　　　　　　　Telephone: (305) 349-2300
　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 349-2310

Hilarie Bass　　　　　　　　　　　　　　　Charles H. Lichtman
Florida Bar No. 334243　　　　　　　　　　Florida Bar No. 501050