**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6085 CIV-MOORE

CLAIRE'S STORES, INC., )
)
    Plaintiff, )
) **ORDER OF DISMISSAL**
v. ) **WITH PREJUDICE**
)
APAX PARTNERS & CIE FINANCE, S.A., )
)
    Defendant. )
_____)

FILED by _____ D.C.

JUL 2 0 2001

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon the parties' CLAIRE'S STORES, INC.'s and APAX PARTNERS & CIE FINANCE, S.A.'s, Stipulation for dismissal with prejudice of this action. The Court having reviewed the same and being otherwise duly advised in the premises thereof, it is

ORDERED AND ADJUDGED as follows:

1.     This action is hereby dismissed, including all claims and counterclaims with prejudice.

2.     Each party shall bear its own attorney's fees and costs.

DONE and ORDERED in Chambers at Miami-Dade County, Florida, this ___ day of July, 2001.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to: all counsel of record

-2-